**WATCHTOWER BIBLE & TRACT SOCIETY OF NEW YORK, INC.; Wellsville, Ohio, Congregation of Jehovah's Witnesses, Inc., Plaintiffs–Appellants/Appellees,**

v.

**VILLAGE OF STRATTON, Ohio; John M. Abdalla, Mayor of The Village of Stratton, Ohio, in His Official Capacity, Defendants–Appellees/Appellants.**

No. 99–4087, 00–3325.

United States Court of Appeals,
Sixth Circuit.

Aug. 9, 2002.

Before MERRITT, KENNEDY and GILMAN; Circuit Judges.

The Supreme Court of the United States having reversed the judgment of this court and remanded the case for further proceedings in conformity with its opinion, the judgment of the district court is vacated and the case is remanded to the district court for further proceedings in conformity with the Supreme Court's opinion.

Costs are awarded to appellants Watchtower Bible and Tract Society of New York, Inc.; Wellsville, Ohio, Congregation of Jehovah's Witnesses, Inc.